JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6299 PA (SSx) | Date | October 3, 2011 |
|---|---|---|---|
| Title | Maria Melendez v. Wells Fargo Bank, N.A., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

     The Court is in receipt of a Notice of Withdrawal of Removal filed by defendant Federal Home Loan Mortgage Corporation ("Defendant") (Docket No. 6). Defendant, the removing party, requests remand. Pursuant to Defendant's Notice of Withdrawal, the Court hereby remands this action to Los Angeles County Superior Court, Case No. BC459085.

     IT IS SO ORDERED.